**No. 10-10460 (10A1117). Daniel Lee Bedford, Petitioner v. David Bobby, Warden.**

563 U.S. 1004, 131 S. Ct. 2486, 179 L. Ed. 2d 1243, 2011 U.S. LEXIS 3828.

May 17, 2011. Application for stay of execution of sentence of death, presented to Justice Kagan, and by her referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 645 F.3d 372.

**No. 10-10463 (10A1113). Rodney Gray, Petitioner v. Mississippi.**

563 U.S. 1004, 131 S. Ct. 2487, 179 L. Ed. 2d 1243, 2011 U.S. LEXIS 3827.

May 17, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 10-10589 (10A1135). Jason Oric Williams, Petitioner v. Kim Thomas, Interim Commissioner, Alabama Department of Corrections, et al.**

563 U.S. 1004, 131 S. Ct. 2487, 179 L. Ed. 2d 1243, 2011 U.S. LEXIS 3829.

May 19, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 641 F.3d 1255.

**No. 09-784. Janice C. Amara, et al., Individually and on Behalf of All Others Similarly Situated, Petitioners v. CIGNA Corporation, et al.**

563 U.S. 1004, 131 S. Ct. 2900, 179 L. Ed. 2d 1243, 2011 U.S. LEXIS 3997.

May 23, 2011. The Court vacated the judgment below in CIGNA Corp. v. Amara, 563 U.S. 421, 131 S. Ct. 1866, 179 L. Ed. 2d 843 (2011). Therefore, the petition for a writ of certiorari is granted, and the case is remanded to the United States Court of Appeals for the Second Circuit for further proceedings. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 348 Fed. Appx. 627.

**No. 10-9603. Kathalina Monacelli, Petitioner v. Florida Department of Children and Families, et al.**

563 U.S. 1005, 131 S. Ct. 2906, 179 L. Ed. 2d 1243, 2011 U.S. LEXIS 3920.

May 23, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the District Court of Appeal of Florida, Second Circuit, dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).